UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Martin Breaker, | Court File No.  12-CV-02425 JNE/LIB |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |
| Bemidji State University and Minnesota Colleges and Universities, | |
| Defendants. | |

TO: PLAINTIFF Martin Breaker, and his attorney, John D. Baker, Baker Williams, 2785 White Bear Avenue, Suite 402, Maplewood, MN  55109

Defendants Bemidji State University and Minnesota Colleges and Universities ("Defendants") move the Court for an order dismissing the Complaint filed by Plaintiff Martin Breaker in the above-captioned case.  This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and will be based upon all files, records and proceedings herein, including Defendants' Memorandum of Law and other papers filed and served in accordance with Local Rule 7.1(b).

| | |
|---|---|
| Dated:  February 7, 2013 | OFFICE OF THE ATTORNEY GENERAL<br>State of Minnesota |
| | s/**Gary R. Cunningham**<br>Gary R. Cunningham<br>Assistant Attorney General<br>Atty. Reg. No. 0180610 |
| | 445 Minnesota Street, Suite 1100<br>St. Paul, MN 55101-2128<br>Telephone:  (651) 757-1427<br>Fax:  (651) 282-5832<br>gary.cunningham@ag.state.mn.us |
| | ATTORNEY FOR DEFENDANTS |