AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Martin T. Breaker

V.

Bemidji State University,
*and their employees and agents in their official capacities*, and
Minnesota State Colleges and Universities,
*and their employees and agents in their official capacities*

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-cv-02425 (JNE/LIB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint is dismissed. Count 2, having been abandoned, is dismissed with prejudice. Count 1, over which the court lacks jurisdiction, is dismissed without prejudice.

| March 22, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| (By) | L. Brennan,  Deputy Clerk |